STATE of Missouri, Respondent,

v.

Sarah A. ROBINSON, Appellant.

No. WD 76428.

Missouri Court of Appeals,
Western District.

Sept. 9, 2014.

Ross Nigro, Jr., Raytown, MO, for Appellant.

Mary Moore, Jefferson City, MO, for Respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Ms. Sarah A. Robinson appeals the convictions of second-degree assault, § 565.060, and armed criminal action, § 571.015.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).